THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DORIS LOUISE GUNN                                                               PLAINTIFF

VS.                                                          CAUSE NO. 1:20-CV-162-SA-DAS

ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF THE UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES                            DEFENDANT

## FINAL JUDGMENT

    For the reasons given in the Order and Memorandum Opinion [15], it is hereby ordered that this case be dismissed *with prejudice*.

    SO ORDERED this the 24th day of August, 2021.

                                                                         /s/ Sharion Aycock
                                                                        UNITED STATES DISTRICT JUDGE